**Order filed August 20, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00098-CV
_____

**13335 DULUTH RESTAURANT AND BAR, L.L.C., Appellant**

**V.**

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, THE OFFICE OF THE COMPTROLLER OF PUBLIC ACCOUNTS; AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS, Appellees**

---

**On Appeal from the 250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-17-006906**

---

## ORDER

This is an appeal from an order signed November 25, 2019. The notice of appeal was filed December 26, 2019. Before the clerk's record was due, the parties filed an agreed motion to abate the appeal pending disposition of another case in the Supreme Court of Texas. The case was transferred from the Third Court of Appeals

to this court on January 30, 2020 by order of the Supreme Court of Texas. This court granted the motion and abated the appeal on February 4, 2020. On June 11, 2020, we reinstated the appeal on the parties' agreed motion.

Following reinstatement, the clerk's record was due July 13, 2020. On July 14, 2020, we notified the Travis County Clerk that the clerk's record had not been timely filed with this court and requested that the record be filed by July 29, 2020. We again notified the clerk on July 30, 2020 that the clerk's record had not been filed and requested that the record be filed by August 14, 2020. No response has been received.

Accordingly, we ORDER the Travis County Clerk to file the clerk's record by **September 4, 2020**.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Zimmerer.

2